FILED

APR 14 2023

Clerk, U.S. District Court
By:_____ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

morehei (christopher) Pierce )
_____ )
_____ )
_____ )
(Enter above the full name of the Plaintiff(s) )
 )
vs. )
 )
Kris Kobach Atty General )
Name )
120 S.W. 10TH. Ave 2nd Floor )
Street and number )
Topeka Kansas 66612 )
City          State          ZipCode )

Case Number _5:23-cv-4028-JWB-RES_

(Enter above the full name and address of the
Defendant in this action - list the name and
address of any additional defendants on the back
side of this sheet).

## CIVIL COMPLAINT

I.      Parties to this civil action:

(In item A below, place your name in the first blank and place your present address in the
second blank. Do the same for additional plaintiffs, if any, on the back side of this sheet).

A.      Name of plaintiff morehei (christopher) Pierce

        Address 1245 MarLowe Drive

        montgomery, Alabama 36116

        _____

1

(In item B below, write the full name of the defendant in the first blank. In the second blank, write the official position of the defendant. Use item C for the names and positions of any additional defendants).

B.    Defendant Kris Kobach Attorney General          is

employed at 120 S.W. 10TH. Ave 2nd Floor

Topeka, Kansas 66612

C.    Additional Defendants Mark Dupree District Attorney

710 N. 7TH. ST. Kansas City, Kansas 66101

II.    Jurisdiction:

(Complete one or more of the following subparagraphs, A., B.1, B.2., or B.3., whichever is applicable.)

A.  (If Applicable) Diversity of citizenship and amount:

1.    Plaintiff is a citizen of the State of Alabama        .

2.    The first-named defendant above is either

a.    a citizen of the State of Kansas          ; or

b.    a corporation incorporated under the laws of the State of

Kansas            and having its principal place of business

in a State other than the State of which plaintiff is a citizen.

3. The second-named defendant above is either

a.    a citizen of the State of Kansas          ; or

b.    a corporation incorporated under the laws of the State of

District Att and having its principal place of business in a

State other than the State of which plaintiff is a citizen.

(If there are more than two defendants, set forth the foregoing information for each additional defendant on a separate page and attach it to this complaint.)
Plaintiff states that the matter in controversy exceeds, exclusive of interest and costs, the sum of seventy-five thousand dollars ($75,000.00).

2

B.      (If applicable)   Jurisdiction founded on grounds other than diversity
(Check any of the following which apply to this case).

☐ 1.      This case arises under the following section of the Constitution of
the United States or statute of the United States (28 U.S.C. §1331):
Constitution, Article_____, Section_____;
Statute, US Code, Title_____, Section_____.

☑ 2.      This case arises because of violation of the civil or equal rights,
privileges, or immunities accorded to citizens of, or persons within
the jurisdiction of, the United States (28 U.S.C. §1343).

☐ 3.      Other grounds (specify and state any statute which gives rise to such
grounds):

42 USC 1983

III.    Statement of Claim:

(State here a short and plain statement of the claim showing that plaintiff is entitled to
relief.   State what each defendant did that violated the right(s) of the plaintiff, including
dates and places of such conduct by the defendant(s).   Do not set forth legal arguments.
If you intend to allege more than one claim, number and set forth each claim in a separate
paragraph.   Attach an additional sheet, if necessary, to set forth a short and plain statement
of the claim[s].)

(See Attached)

IV.     Relief:

(State briefly exactly what judgement or relief you want from the Court.   Do not make
legal arguments.)

In June/1993 the Plaintiff was charged And convicted of Aggravated Robbery ; Kidnapping in the Wyandotte County, District Court - Kansas City, Kansas - A crime which He Did Not commit which During His incarceration He litigated Numerous Petitions Trying To Prove His innocence - Which on or About September/2016 the midwest innocent Project opened His case sending Him A letter saying they Believed He was innocent But They lacked the Resources To litigate His case - which in November/2022 they Re-opened His case - The Plaintiff sent The midwest innocence Project verified Evidence of His innocence - which the Kansas Prisoner Review Board (Parole Board) After Finding This out Decided To Release Him - Parole Him - SEE ATTACHED EXHIBIT A. which in Accordance with 2017 Bill Text KS H.B. 2579 And Senate Bill No. 336 - I Request For 12.5 million in compensation Damages - which on or About December/2022 the Plaintiff Filed A motion For A Exoneration Hearing in the Wyandotte County District Court which was Dismissed 1-17-23 By Judge Daniel Cahill Talking About A Pandemic Something Totally That the Plaintiff Did Not say SEE ATTACHED EXHIBIT B. which This is the Same misconduct That lead to Him Being wrongfully Convicted in the First Place - Further Plaintiff Request For court Appointed counsel And He Demand A Trial By Jury -

For the court To order The DeFendants-Respondents
To File A Response et. al.,

V.     Do you claim the wrongs alleged in your complaint are continuing to occur at the present time? Yes ☑   No ☐

VI.    Do you claim actual damages for the acts alleged in your complaint?
       Yes ☑   No ☐

VII.   Do you claim punitive monetary damages?   Yes ☑   No ☐

If you answered yes, state the amounts claimed and the reasons you claim you are entitled to recover money damages.

12.5 million in compensation Damages To
Put me Back in the Position I was in Before
the Damage occurred - And Any other Relief
The court/Jury Deem Fit

4

VIII.   Administrative Procedures:

A.   Have the claims which you make in this civil action been presented through any type of Administrative Procedure within any government agency?
Yes ☑   No ☐

B.   If you answered yes, give the date your claims were presented, how they were presented, and the result of that procedure:

Filed motion in WYandotte County District Court For A Exoneration Hearing (continual misconduct is Asserted

C.   If you answered no, give the reasons, if any, why the claims made in this action have not been presented through Administrative Procedures:

Administrative Procedures were Sought

IX.   Related Litigation:

Please mark the statement that pertains to this case:

☐   This cause, or a substantially equivalent complaint, was previously filed in this court as case number _____ and assigned to the Honorable Judge _____.

☑   Neither this cause, nor a substantially equivalent complaint, previously has been filed in this court, and therefore this case may be opened as an original proceeding.

morehei Pierce
Signature of Plaintiff

morehei (christopher) Pierce
Name (Print or Type)

1245 MArLowe DRive
Address
montgomery, Alabama 36116

Montgomery, Alabama 36116
City          State          Zip Code

(334) 288- 3691
Telephone Number

### DESIGNATION OF PLACE OF TRIAL

Plaintiff designates { ☐ Wichita, ☐ Kansas City , or ☐ Topeka} , Kansas as the

(Select One)

location for the trial in this matter.

Moehei Pierce
Signature of Plaintiff

### REQUEST FOR TRIAL BY JURY

Plaintiff requests trial by jury { ☑ Yes or ☐ No } 

(Select One)

Moehi (Christopher) Pierce
Signature of Plaintiff

Dated: 4·11·23
(Rev. 10/15)

6

Morehei Pierce
1245 MarLowe Drive
Montgomery, Alabama
    36116




Montgomery P&DC 360
TUE 11 APR 2023 PM

SKYLER O'HARA CLERK
UNITED STATES DISTRICT COURT
444 S.E. QUINCY St. ROOM 490
TOPEKA, KANSAS
        66683

RECEIVED
APR 14 2023
CLERK U.S. DIST COURT
TOPEKA, KANSAS

LEAGAL USE ONLY