**Midwest Innocence Project**

 

816.221.2166

3619 Broadway Blvd., Suite 2
Kansas City, MO 64111

October 11, 2022

Mr. Christopher Pierce, #58077
Larned Mental Health Correctional Facility
1318 KS-264
Larned, KS 67550

Dear Mr. Pierce,

You applied to the Midwest Innocence Project for assistance overturning a conviction arising out of Wyandotte County, Kansas but your file was closed because it did not meet all the program's application criteria. Due to increased resources, we are now able to review more cases and are reaching out to see if you would like to have your application reopened and whether you consent to us using information from your case to help others.

Because of the volume of applications from Wyandotte County and the known police and prosecutorial misconduct uncovered during our representation of former client Lamonte McIntyre, we have established a unit to review applications from that County more quickly. We believe the problems in Wyandotte County may be systemic, or have patterns, and so it makes the most sense to review multiple application at the same time. To do that, we would need your consent on several matters.

First, we would like your consent to use the information we obtain from the review of your case, including information from documents and interviews, in the Wyandotte County project more broadly, provided that the use of such information does not harm you or your interest. This means, for example, that if we learned from a witness in your case that a particular police officer was known to frequent a specific location relevant to another applicant, we would be able to use that information in assisting that applicant as well. It also means that if we learn information from other applicants that is helpful to your case, we would be able to use it to assist you.

Second, because of the volume of potentially affected applicants and the known police practices that may have targeted individuals, we understand that we may see names of applicants in the case files of other applicants as potential suspects, even if the potential suspect had nothing to do with either of the underlying crimes. Your consent will allow us to continue reviewing your and other applicants' cases even when that occurs. This means you would be giving us permission to continue reviewing someone else's case file even though your name may come up in police reports related to that case. You would also be giving us permission to review cases of other individuals named in police reports in your case. This permission would only extend as far as there is no ethical conflict of interest that prevents us from representing both you and the other applicant. For example, we could not represent someone who applied to us if they turned out to be the real perpetrator in your case. If a

GENERAL INQUIRIES: OFFICE@THEMIP.ORG                          WWW.THEMIP.ORG

EXHIBIT A.



**Midwest Innocence Project**

| 816.221.2166

3619 Broadway Blvd., Suite 2
Kansas City, MO 64111

direct conflict were to arise, we would let you know at that time, and it is possible that we would have to withdraw from assisting both applicants.

Because of resources, we are prioritizing applications where the applicant agrees to these terms. If you do not consent, your file with MIP will remain closed. If you do consent, please sign below and return it in the enclosed self-address stamped envelope. We have enclosed a second copy for your files.

In the meantime, if you have any questions, you can write us at:
Midwest Innocence Project
3619 Broadway Blvd, Suite 2
Kansas City, MO 64111

Sincerely,

*Tricia J. Rojo Bushnell*

Tricia J. Rojo Bushnell

I have read the above letter and agree to the terms contained within.

_____                                        _____
Printed Name                                                                                              Dated

_____
Signed