FILED
2023 JAN 18 PM 1:13
CLERK DISTRICT COURT
WYANDOTTE COUNTY KANSAS
DEPUTY

IN THE DISTRICT COURT OF WYANDOTTE COUNTY, KANSAS

CRIMINAL DEPARTMENT

| | |
|---|---|
| CHRISTOPHER PIERCE, | ) |
| Plaintiff, | ) |
| | ) |
| VS. | ) Case No. 2021-CV-234 |
| | ) Court No. 8 |
| STATE OF KANSAS, | ) |
| Respondent. | ) |

ORDER DENYING RELIEF

NOW on this 17th day of January, 2023 comes on the Petitioners request for post-conviction relief in the underlying criminal case, 1993-CR-1197-B. Petitioner's sole claim for relief is stated as follows:

> "My life is in danger because of the pandemic by the Respondents not sending me to a transitional housing"

This is not subject to relief from a District Court under a K.S.A 50-1507 motion. Therefore, the Petitioner fails to make a claim and his action is hereby dismissed.

IT IS SO ORDERED.

Hon. Daniel Cahill
Judge of the District Court

EXHIBIT B.

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above order was delivered first-class US mail to Christopher Pierce, Inmate # 0058077 at the Larned Correctional Mental Health Facility, 1318 KS Highway 264, Larned, KS 67550-0280 and to Njeri Mwangi, Deputy District Attorney via email.

Hon. Daniel Cahill