JS 44 (Rev. 04/21)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*


FILED
APR 14 2023
Clerk, U.S. District Court
By: _____ Deputy Clerk

## I. (a) PLAINTIFFS
Morehi (Christopher) Pierce

**(b)** County of Residence of First Listed Plaintiff: Montgomery Co.
*(EXCEPT IN U.S. PLAINTIFF CASES)*

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
Morehi (Christopher) Pro-Se

## DEFENDANTS

**County of Residence of First Listed Defendant:** Shawnee County
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**Attorneys (If Known):** Kris Kobach

## II. BASIS OF JURISDICTION
[X] 1 U.S. Government Plaintiff
[ ] 2 U.S. Government Defendant
[X] 3 Federal Question (U.S. Government Not a Party)
[X] 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES
(For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [ ] 1 | [X] 1 | Incorporated or Principal Place of Business In This State | [ ] 4 | [X] 4 |
| Citizen of Another State | [X] 2 | [ ] 2 | Incorporated and Principal Place of Business In Another State | [X] 5 | [ ] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation | [ ] 6 | [ ] 6 |

## IV. NATURE OF SUIT

**CONTRACT**
- [X] 190 Other Contract

**TORTS - PERSONAL INJURY**
- [X] 360 Other Personal Injury

**CIVIL RIGHTS**
- [X] 440 Other Civil Rights

## V. ORIGIN
[X] 1 Original Proceeding

## VI. CAUSE OF ACTION
Brief description of cause: This is a case for wrongful incarceration

## VII. REQUESTED IN COMPLAINT:
DEMAND $ 12.5 million
JURY DEMAND: [X] Yes [ ] No

## VIII. RELATED CASE(S) IF ANY
JUDGE: I don't have any other lawsuit currently filed
DOCKET NUMBER: N/A (The Present Lawsuit)

**SIGNATURE OF ATTORNEY OF RECORD:** Morehi Pierce

FOR OFFICE USE ONLY
RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____