IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

morehei (christopher) Pierce )
)
**Plaintiff(s),** )
)
v. ) Case No. 5:23-cv-4028-JWB-RES
)
Kris Kobach eT. al., )
)
**Defendant(s).** )
)

## MOTION FOR APPOINTMENT OF COUNSEL
## AND DECLARATION OF GOOD FAITH EFFORTS TO OBTAIN COUNSEL

I, morehei Pierce, ask the court to appoint counsel, i.e. an attorney to represent me in this case. I understand that any false statements in this motion will subject me to penalties of perjury.

I understand that in civil cases, there is no constitutional right to an appointed attorney. While the court may appoint an attorney to represent me, it does so only in rare cases. I understand that if the court does not appoint an attorney, I must be prepared to represent myself going forward in this case.

I understand that in deciding whether to appoint an attorney, the court will consider a variety of factors, including but not limited to the following: (1) the merits of my claims; (2) the nature and complexity of factual and legal issues raised in the claims; (3) my ability to present the claims; (4) my financial ability to pay an attorney; and (5) my diligence in attempting to secure an attorney.

I understand that with regard to the fifth factor, I must show that I have made a reasonably

diligent effort under the circumstances to obtain an attorney to represent me. I understand that the court's <u>Pro Se Guide</u> (pages 26-27) suggests possible ways to find an attorney and/or obtain legal advice.

I understand that the court typically requires that before seeking an appointed attorney, a plaintiff <u>confer with</u> (not merely contact) at least five attorneys regarding legal representation. Below is a list of the attorneys that I have contacted, a detailed description of the efforts that I made to obtain representation, and the responses that I received:

(1) Name of Attorney Kansas Bar Association
    Firm Name (See Above)
    Address (785) 234-5696
    Date(s) of Contact March / 2023
    Method of Contact E-Mail
    Response Received Sent Address To Kans. legal Aid

(2) Name of Attorney Kansas legal Aid
    Firm Name See Above
    Address 301 Emporia, Kans 66801
    Date(s) of Contact March / 2023
    Method of Contact Telephone
    Response Received Was'nt Able to Help

(3) Name of Attorney Preten Denning
    Firm Name
    Address (816) 702-8400
    Date(s) of Contact
    Method of Contact
    Response Received Was'nt Able To Represent Me

4) Name of Attorney McPhillips Shinbaum, LLP
Firm Name
Address 516 S. Perry Montgomery, Alabama 36104
Date(s) of Contact (334) 523-8006
Method of Contact
Response Received Was not Able to Help

(5) Name of Attorney Sandra Lewis
Firm Name See Above
Address 8 Commerce St. Montgomery, Al 36104
Date(s) of Contact March/2023
Method of Contact (334) 530-5244
Response Received Said they Don't Handle wrosful conviction cases

(6) Name of Attorney Scott Brown
Firm Name See Above
Address
Date(s) of Contact March/2023
Method of Contact (913) 647-7050
Response Received Said they thought I Need A criminal Defense Atty

*(attach additional sheets, if necessary)*

I understand that I am required to establish that I am financially unable to retain my own attorney.

I have already completed and filed an Affidavit of Financial Status.

Yes ☑    No ☐

OR

I have completed and am now filing an Affidavit of Financial Status along with this motion.

Yes ☑    No ☐

In addition to the foregoing, I believe that the court should consider the following additional information:

Im unemployed And Don't Have Any income

-3-

_____

_____

*(attach additional sheets, if necessary)*

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on __4-11-23__.
(Date)

Morehei (christopher) Pierce
Signature of Plaintiff

Morehei (christopher) Pierce
Name (print or type)

1245 Marlowe Drive
Address

Montgomery, Alabama 36116
City · State · Zip Code

(334) 288-3691
Telephone Number

Dmitripierce1162@gmail.com
E-Mail Address

-4-

CERTIFICATE OF SERVICE

(For Registered Electronic Filing Users)

I hereby certify that on ___4•11•23___, I electronically filed the foregoing document with the clerk of
(Date)

the court by using the CM/ECF system which will send a notice of electronic filing to the following:

Morehei (Christopher) Pierce
1245 Marlowe Drive
Montgomery, Alabama 36116
(Plaintiff)

*[list parties that are CM/ECF participants: for represented parties list the name and address of attorney(s) for each party; for unrepresented parties list the name and address of each party]*

I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail, postage prepaid, to the following non-CM/ECF participants:

Kris Kobach
Attorney General
120 S.W. 10TH Ave 2nd Floor
Topeka, Kansas 66612

*[list parties that are not CM/ECF participants: for represented parties list the name and address of attorney(s) for each party; for unrepresented parties list the name and address of each party]*

Morehei Pierce
s/ Morehei (Christopher) Pierce
Name Morehei Pierce
Address 1245 Marlowe Drive
Montgomery, Alabama 36116
Phone Number (334) 288-3691
Email Address Dmitripierce1162@gmail.com

-5-

# CERTIFICATE OF SERVICE

(For Pro Se Filers Who Are Not Registered Electronic Users)

I hereby certify that on __4-11-23__, I served the foregoing document by depositing a true and
(Date)
correct copy of the document in the U.S. Mail, postage prepaid, addressed to the following:

Kris Kobach
Attorney General
120 S.W. 10th Ave 2nd Floor
Topeka, Kansas 66612

Mark Dupree
District Attorney
710 N. 7th. St
Kansas City, Kansas 66101

*[for represented parties list the name and address of attorney(s) for each party; for unrepresented parties list the name and address of each party]*

s/ Morehei Pierce
Name: Morehei (Christopher) Pierce
Address: 1245 Marlowe Drive
Montgomery, Alabama 36116
Phone Number: (334) 288-3691
Email Address: Dmitripierce1162@gmail.com

~5~