IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

MOREHEI PIERCE,

    Plaintiff,

    v.

KRIS KOBACH, *et al.*,

    Defendants.

Case No. 23-4028-JWB-ADM

## ORDER

    This matter comes before the court on plaintiff Morehei Pierce's Motion to Proceed Without Prepayment of Fees. (ECF 3.) Title 28 U.S.C. § 1915 allows courts to authorize commencing a civil action "without prepayment of fees or security therefor, by a person who submits an affidavit that . . . the person is unable to pay such fees or give security therefor." Proceeding in forma pauperis ("IFP") "in a civil case is a privilege, not a right—fundamental or otherwise." *White v. Colorado*, 157 F.3d 1226, 1233 (10th Cir. 1998). The decision to grant or deny IFP status under § 1915 lies within the district court's sound discretion. *Engberg v. Wyoming*, 265 F.3d 1109, 1122 (10th Cir. 2001).

    Based on the information provided in Pierce's affidavit of financial status, the court concludes that his financial situation warrants waiving the filing fee. Because of this, the court grants the motion insofar as the court finds he is entitled to proceed without prepayment of fees. However, the court will not direct service of process on the defendants until the court screens the complaint for merit under 28 U.S.C. § 1915(e)(2)(B).

**IT IS THEREFORE ORDERED** that plaintiff Morehei Pierce's Motion to Proceed Without Prepayment of Fees (ECF 3) is granted.  The U.S. Marshals Service shall withhold service on the defendants until further order of the court.

**IT IS FURTHER ORDERED** that the clerk's office mail a copy of this order to Pierce via regular mail.

**IT IS SO ORDERED.**

Dated April 19, 2023, at Kansas City, Kansas.

s/ Angel D. Mitchell
Angel D. Mitchell
U.S. Magistrate Judge
